UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Edward Eugene Hinterliter | : | Case No.: 5:21-bk-02069-MJC |
| | : | |
| Debtor | : | |

## DEBTOR'S CERTIFICATE OF NO OBJECTION TO MOTION TO APPROVE PURCHASE OF REPLACEMENT VEHICLE AND TO INCUR LOAN TO DO SO

Edward Eugene Hinterliter (hereinafter referred to as "Debtor"), by and through his attorney, Jason P. Provinzano, Esquire, hereby certifies that there has been no response or objection to the Debtor's Motion to Approve Purchase of Replacement Vehicle and To Incur Loan To Do So (Docket No. 21) in the above-captioned matter. Accordingly, the Debtor respectfully requests this Court to issue the appropriate Order.

Dated: March 22, 2022

Respectfully Submitted,
/s/ Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701
Attorney ID No.: 306451
P: 570-822-5771
F: 570-908-6664